# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2025

## NO. 03-25-00420-CV

**The City of Austin, Appellant**

**v.**

**Hunter Cormier, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the interlocutory order signed by the trial court on May 23, 2025. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.